IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02489-BNB

DILLION M. MOHRBUTTER,

    Plaintiff,

v.

COLORADO DEPARTMENT OF CORRECTIONS,

    Defendant.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 1 9 2010

GREGORY C. LANGHAM
CLERK

---

## ORDER OF DISMISSAL

---

Plaintiff, Dillion M. Mohrbutter, a State of Colorado prisoner, initiated this action by filing a pleading that states he intends to file a civil action. In an order entered on October 13, 2010, Magistrate Judge Boyd N. Boland instructed Mr. Mohrbutter to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Mohrbutter to file his claims on a Court-approved form that is used in filing prisoner complaints. Magistrate Judge Boland also directed Mr. Mohrbutter either to pay the filing fee in full or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915 along with required financial information.

Mr. Mohrbutter now has failed to file his claims on a proper Court-approved form as he was instructed to do and either submit a 28 U.S.C. § 1915 Motion and Affidavit or pay the $350.00 filing fee. Mr. Mohrbutter, therefore, has failed to cure the deficiencies within the time allowed. Accordingly, it is

ORDERED that the habeas application is denied and the action is dismissed

without prejudice pursuant to Fed. R. Civ. P. 41(b) for failure to cure deficiencies.

DATED at Denver, Colorado, this _18th_ day of _November_, 2010.

BY THE COURT:


_s/Philip A. Brimmer_____
PHILIP A. BRIMMER
United States District Judge, for
ZITA LEESON WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02489-BNB

Dillion M. Mohrbutter
Prisoner No.  130639
Fremont Corr. Facility
P.O. Box 999
Cañon City, CO 81215-0999


     I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on _11/19/10_

GREGORY C. LANGHAM, CLERK

By: _____
                 Deputy Clerk